UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITCHELL BRATHWAITE,

                Plaintiff,

-against-

JOHN GUERRI, ET AL,

                Defendants.

23-CV-1363 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 18, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 18, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge